

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,054

### EX PARTE KENNETH MICHAEL WALLACE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR26515A IN THE 75TH DISTRICT COURT FROM LIBERTY COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of theft over $1500 and sentenced to ten years' imprisonment after Applicant was found to be a habitual offender. He did not appeal his conviction.

Applicant pled guilty pursuant to a plea agreement, but the trial court has found that the punishment was improperly enhanced. This offense is a state jail felony, enhanced by a third degree felony committed in 1994 but which did not become final until 1999, and by a state jail felony which

was committed in 1995. The prior convictions were neither properly sequential, nor were they both state jail felonies. See *Campbell v. State*, 49 S.W.3d 874 (Tex. Crim. App. 2001). The punishment assessed is an illegal sentence that was a product of a plea agreement, so the entire conviction must be vacated. *Ex parte Rich*, 194 S.W.3d 508 (Tex. Crim. App. 2007).

The judgment in cause number 26515 in the 75th District Court of Liberty County is hereby set aside, and Applicant is remanded to the custody of the Sheriff of Liberty County to answer to this indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice, Correctional Institutions and Parole divisions.

Delivered: December 10, 2008
Do not publish